ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**TAMARA LANGE**
ADR PROGRAM ATTORNEY & MEDIATOR

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Contact:
415-522-3148
alice_fiel@cand.uscourts.gov

April 4, 2017

To:   Counsel of Record

Re:   ADR Phone Conference Scheduling Notice

**Case No. 17-01053 CW**
**George B. Noble v. Caliber Home Loans, Inc.**

Dear Counsel:

I have received Judge Wilken's Order of **April 3, 2017,** referring this case to an Early Assessment Telephone Conference with an ADR Staff Attorney and I have scheduled the ADR Phone Conference call for **Thursday, April 13, 2017, at 3:30 PM Pacific time.** At the appointed time, all parties shall call the following number and use the access code to join the call:

**Dial-in Number:   641-715-3274**
**Access Code:      822885**

**Please take note that your referral order may direct you to be prepared to discuss particular aspects of the case during the telephone conference.**

Please contact me with any scheduling concerns at 415-522-3148, or email alice_fiel@cand.uscourts.gov. Thank you for your attention to this matter.

Sincerely,

/s/
Alice Fiel
ADR Program Case Administrator