UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. NOBLE, et al.,<br><br>    Plaintiffs.<br><br>  v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>    Defendants. | Case No.  17-cv-01053-CW<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Docket No. 67 |

**(  ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** The Court granted Defendants' motions to dismiss the first amended complaint with prejudice.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs. All pending motions are terminated and the case is closed. The parties shall bear their own costs.

Dated: October 16, 2017

                                        Susan Y. Soong, Clerk

                                    By:_____
                                        Doug Merry, Deputy Clerk