Name: Michael Yesk
Address: 70 Doray Drive, Suite 16
City, State, Zip: Pleasant Hill, CA 94523
Phone: (925) 849-5525
Fax:
E-Mail: yesklaw@gmail.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

George B. Noble and Patricia L. Noble

PLAINTIFF(S),

v.

Caliber Home Loans, Inc. et al.

DEFENDANT(S).

CASE NUMBER: 4:17-cv-01053-CW

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Plaintiffs George and Patricia Noble_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Judgment in a Civil Case

☐ Other (specify):

Imposed or Filed on _10/16/17_. Entered on the docket in this action on _10/16/17_.

A copy of said judgment or order is attached hereto.

11/10/17                             /s/ Michael Yesk
Date                                 Signature
                                     ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# SERVICE LIST

<u>Plaintiff and Appellant</u>

    GEORGE B. NOBLE AND PATRICIA L. NOBLE

<u>Counsel for Plaintiff and Appellant</u>

    Michael Yesk, Esq.
    m.yesklaw@gmail.com
    **Yesk Law**
    70 Doray Drive, Suite 16
    Pleasant Hill, CA 94523
    (925) 849-5525

<u>Defendant and Appellee</u>

    CALIBER HOME LOANS, INC. and U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

<u>Counsel for Defendant and Appellee Caliber and U.S. Bank Trust</u>

    Thomas Nathaniel Abbott
    tabbott@perkinscoie.com
    **Perkins Coie LLP**
    505 Howard Street, Suite 1000
    San Francisco, CA 94105
    P: (415) 344-7000
    F: (415) 344-7050

<u>Defendant and Appellee</u>

    CLEAR RECON CORP.

<u>Counsel for Defendant and Appellee Clear Recon Corp.</u>

    Genail M Anderson
    ganderson@aldridgepite.com
    **Aldridge Pite. LLP**
    4375 Jutland Drive, Suite 200
    P.O. Box 17935
    San Diego, CA 92177-0935
    P: (858) 750-7600
    F: (619) 590-1385

<u>Defendant and Appellee</u>

    BANK OF AMERICA, N.A.

| | |
|---|---|
| 1 | Counsel for Defendant and Appellee Bank of America, N.A. |
| 2 | |
| 3 | Deleyla Assefa Lawrence<br>dlawrence@mcguirewoods.com<br>**McGuireWoods LLP**<br>1800 Century Park East 8FL<br>Los Angeles, CA 90067<br>P: (310) 315-8200<br>F: (310) 315-8210 |

# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE B. NOBLE, et al.,<br><br>    Plaintiffs.<br><br>  v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01053-CW<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Docket No. 67 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** The Court granted Defendants' motions to dismiss the first amended complaint with prejudice.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs. All pending motions are terminated and the case is closed. The parties shall bear their own costs.

Dated: October 16, 2017

                                        Susan Y. Soong, Clerk

                                        By:_____

                                        Doug Merry, Deputy Clerk